UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA BONE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>THE YANKEE CANDLE COMPANY, INC.,<br><br>      Defendant. | Civil Action No. 3:19-cv-30074-MGM |

## NOTICE OF COMPLIANCE

Pursuant to the Court's December 2, 2019 Order, Plaintiff hereby confirms that on November 18, 2019, she provided Defendant's counsel, by email, with an unredacted copy of her Motion for Leave to File Newly Obtained Evidence and the exhibits attached thereto. (Dkt. 35).

Dated: December 5, 2019

              Respectfully submitted,

              By: */s/ Philip L. Fraietta*
                 Philip L. Fraietta

              **BURSOR & FISHER, P.A.**
              Joshua D. Arisohn (*Pro Hac Vice*)
              Philip L. Fraietta (*Pro Hac Vice*)
              888 Seventh Avenue
              New York, NY 10019
              Telephone: (646) 837-7150
              Facsimile: (212) 989-9163
              Email: jarisohn@bursor.com
                 pfraietta@bursor.com

              **COHEN KINNE VALICENTI & COOK LLP**
              Kevin M. Kinne
              28 North Street, 3rd Floor
              Pittsfield, MA 01201
              Telephone: (413) 443-9399
              Facsimile: (413) 553-0331
              Email: kkinne@cohenkinne.com

              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on December 5, 2019.

                                       */s/ Philip L. Fraietta*
                                       Philip L. Fraietta