## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA BONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE YANKEE CANDLE COMPANY, INC.,<br><br>Defendant. | Civil Action No.: 3:19-cv-30074-MGM |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice. All parties shall bear their own fees and costs.

/s/ Philip L. Fraietta
Philip L. Fraietta

**BURSOR & FISHER, P.A.**
888 Seventh Ave.
New York, NY 10019
Telephone: (646) 837-7150
Email: pfraietta@bursor.com

*Counsel for Plaintiff*

/s/ Joseph J. Krasovec III
Joseph J. Krasovec III

**SCHIFF HARDIN LLP**
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 258-5500
Email: jkrasovec@schiffhardin.com

*Counsel for Defendant*

9